No. 09-9275. Gregory Charles Krug, Petitioner v. John Paul Stevens, Associate Justice, Supreme Court of the United States, et al.

559 U.S. 1045, 130 S. Ct. 2079, 176 L. Ed. 2d 430, 2010 U.S. LEXIS 2882.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. Justice Stevens took no part in the consideration or decision of this petition.

Same case below, 309 Fed. Appx. 423.

No. 09-9297. William Tisdol, Petitioner v. United States.

559 U.S. 1045, 130 S. Ct. 2080, 176 L. Ed. 2d 430, 2010 U.S. LEXIS 2868.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

No. 09-9394. In re Anthony Gaston, Petitioner.

559 U.S. 1036, 130 S. Ct. 2083, 176 L. Ed. 2d 430, 2010 U.S. LEXIS 2768.

March 29, 2010. Petition for writ of habeas corpus denied.

No. 09-9460. In re Dwight York, aka Malachi York, Petitioner.

559 U.S. 1036, 130 S. Ct. 2083, 176 L. Ed. 2d 430, 2010 U.S. LEXIS 2906,

March 29, 2010. Petition for writ of habeas corpus denied.

No. 09-9523. In re Stanley Parker, Petitioner.

559 U.S. 1036, 130 S. Ct. 2083, 176 L. Ed. 2d 430, 2010 U.S. LEXIS 2773.

March 29, 2010. Petition for writ of habeas corpus denied.

No. 09-9534. In re Michael Anthony Miller, Petitioner.

559 U.S. 1036, 130 S. Ct. 2083, 176 L. Ed. 2d 430, 2010 U.S. LEXIS 2817.

March 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.

No. 09-9021. In re Srikanth Tangirala, Petitioner.

559 U.S. 1036, 130 S. Ct. 2072, 176 L. Ed. 2d 430, 2010 U.S. LEXIS 2778.

March 29, 2010. Petition for writ of mandamus denied.